UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID OWEN FISHER
          Plaintiff
     v.                                  **Judgment in a 2255 Case**
PHILLIP CHAPMAN; VERNON B.
JOHNSON; DEPUTY SERGEANT
LANDMARK; R. KEITH SHACKLEFORD;
JUDGE MONICE M. BOUSMAN
          Defendant(s)              Civil Case Number: 5:11-CT-3026-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, Chief United States District Judge, for consideration of the Memorandum and Recommendation of United States Magistrate Judge William A. Webb.

**IT IS ORDERED AND ADJUDGED** that the court adopts the reasoning of the Magistrate Judge, the motion to proceed in forma pauperis is granted and this action is hereby dismissed.

This Judgment Filed and Entered on July 7, 2011, with service on:
David Owen Fisher, 1420 South Wilmington Street, Raleigh, NC 27603 (via U.S. Mail)

July 7, 2011                                          /s/ Dennis P. Iavarone
                                                                  Clerk